**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                                  \*

In Re:  William P. Murphy               \*          Case No.:  09-12953-JMD

                                    \*          Chapter 13

                    Debtor(s)     \*

                                                \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


**DEBTOR'S EX-PARTE MOTION**
**FOR**
**EXPEDITED HEARING**
**ON**
**DEBTOR'S MOTION TO SELL PERSONAL RESIDENCE**


       **NOW COMES** the Debtor in the above-captioned matter, William P. Murphy, by and through his Attorney, Raymond J. DiLucci, Esq. and respectfully requests that this Honorable Court schedule an Expedited Hearing on Debtor's Motion to Sell Personal Residence and in support thereof says:

1.      That the Debtor has a fully executed Purchase & Sales Agreement to sell his property.

2.      That the closing date is scheduled to be on or before December 22, 2009.

**3.**      That the Debtors wish to have the closing prior to the December 22, 2009 deadline if possible in order to expedite the settlement of their pending divorce proceedings.

**4.**      That the Debtor's Counsel will be unavailable from November 24, 2009 until December 1, 2009 due to a previously planned trip.

       **WHEREFORE**, the Debtor respectfully requests that this Honorable Court:

A.    Approve this Ex-Parte Motion for an Expedited Hearing;

B.    Schedule a Hearing on either December 2, 2009 or December 8, 2009 at the court's earliest convenience; and

C.    For such other and further relief as is deemed fair, just and equitable.


                                      Respectfully submitted,
                                      William P. Murphy
                                      By and through his Attorney,

Dated:  November 12, 2009                          /s/Raymond J. DiLucci_____
                                                           Raymond J. DiLucci, Esq.